### HARRELL v. KENT, RECEIVER.

No. 7003.

From the Clinton Circuit Court.

*J. N. Sims*, for appellant.

*L. McClurg* and *J. V. Kent*, for appellee.

ELLIOTT, J.—This case is the same in all material respects as the cases of *Moriarty* v. *Kent, ante*, 601, and *Garver* v. *Kent*, 70 Ind. 428, and, upon the authority of those cases, is reversed.

Judgment reversed, at costs of appellee.